UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-14-08

07 CR 1230 (PKC)

-against-

ORDER

JOSE NUNEZ-ABREU,

Defendant.
------------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

Upon the application of defense counsel, consented to by the government, the status conference previously scheduled for February 15, 2008 is adjourned until March 13, 2008 at 12:45 p.m. in Courtroom 12C. I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial. My reasons for this finding are that the grant of the continuance is needed to allow defense counsel time to recuperate after a recent surgery. Accordingly, the time between today and March 13, 2008 is excluded.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
       February 14, 2008