USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/13/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                      07 CR 1230 (PKC)

        -against-

                                                      ORDER

JOSE NUNEZ-ABREU,

                Defendant.
-----------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

        Upon the application of defense counsel, consented to by the government, the status conference previously scheduled for March 13, 2008 is adjourned until April 9, 2008 at 9:30 a.m. in Courtroom 12C. I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial. My reasons for this finding are that the grant of the continuance is needed to allow defense counsel time to recuperate after a recent surgery. Accordingly, the time between today and April 9, 2008 is excluded.

        SO ORDERED.

                                                        P. Kevin Castel
                                                        United States District Judge

Dated: New York, New York
       March 13, 2008