```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                   07 CR 1230 (PKC)

           -against-

                                                                   ORDER

JOSE NUNEZ-ABREU,

                Defendant.
-----------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

        Upon the application of the government, consented to by defense counsel, the status conference previously scheduled for April 9, 2008 is adjourned until May 29, 2008 at 10:45 a.m. in Courtroom 12C. I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial. My reasons for this finding are that the grant of the continuance is needed to permit the government and the defense attorney to reach a disposition in this case. Accordingly, the time between today and May 29, 2008 is excluded.

        SO ORDERED.

                                                        _____
                                                             P. Kevin Castel
                                                             United States District Judge

Dated: New York, New York
          April 9, 2008