UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                              07 CR 1230 (PKC)

        -against-                        ORDER

JOSE NUNEZ-ABREU,

        Defendant.
------------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

        Upon the application of defense counsel, consented to by the government, the status conference previously scheduled for May 29, 2008 is adjourned until June 19, 2008 at 9:45 a.m. in Courtroom 12C. I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial. My reasons for this finding are that the grant of the continuance is needed to permit due to the fact that the defendant was quarantined in the MDC for 40 days and counsel was unable to visit or participate in any meetings with him. Accordingly, the time between today and June 19, 2008 is excluded.

        SO ORDERED.

                                              P. Kevin Castel
                                              United States District Judge

Dated: New York, New York
       May 28, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/08